IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| EBCO GENERAL CONTRACTOR, LTD., a Texas limited liability partnership,<br><br>Plaintiff and counterclaim defendant,<br><br>vs.<br><br>SALT CREEK HOSPITALITY, LLC, a Nebraska limited liability company,<br><br>Defendant and counterclaimant,<br><br>and<br><br>AVAILA BANK, an Iowa bank formerly known as Carroll County State Bank, and PACIFIC WEST HOTELS & RESORTS, INC., an Arizona corporation doing business as Pacific West Development,<br><br>Defendants. | 4:18-CV-3116<br><br><br><br><br><br>JUDGMENT |

Pursuant to the parties' Joint Stipulated Motion to Dismiss with Prejudice (filing 34), this case is dismissed with prejudice, each party responsible for its own costs.

Dated this 5th day of April, 2019.

BY THE COURT:

John M. Gerrard
Chief United States District Judge